# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 13, 2013

## NO. 03-11-00795-CV

**Andrea A. Crowson, Appellant**

**v.**

**Thomas D. Crowson, Jr.; Barrett and Coble, Attorneys at Law; John Barrett; and Kathleen Debra Coble, Appellees**

---

**APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN**
**AFFIRMED -- OPINION BY JUSTICE GOODWIN**

---

This is an appeal from the final divorce decree signed by the trial court on September 8, 2011. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the court's final divorce decree. Therefore, the Court affirms the trial court's final divorce decree.

The appellant shall pay all costs relating to this appeal, both in this Court and the court below.